IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DORIS ANN SCOTT and ORIEL MOORE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:24-CV-04107-MDH<br>) |
| ANNE PRECYTHE, et al., | )<br>)<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of January, 2025, I electronically filed the foregoing Certificate of Service of Initial 26(a)(1) Disclosures of Defendants Davison, Williams, Glatczak, Wells and Nkwocha, with the Clerk of the Court using the CM/ECF system. I further certify that a copy has been emailed to the following counsel of record:

Benjamin Stelter-Embry
1600 Genessee, Suite 956
Kansas City MO 64102
913-231-9396
ben@embry-law.com
Lead Attorney for Plaintiffs

Andrew Stroth
191 North Wacker Dr., Suite 2300
Chicago, IL 60606
astroth@actioninjurylawgroup.com
Attorney for Plaintiffs

Larry Disparti
Disparti Law
ldisparti@dispartilaw.com
Attorney for Plaintiffs

James Ormond and Steven Hart
One South Dearborn Street
Suite 1400
Chicago, IL 60603
312-955-0545
jormond@hmelegal.com
shart@hmelegal.com

J. Thaddeus Eckenrode
11477 Olde Cabin Road #110
St. Louis, MO 63141
314-726-6670
jte@eckenrode-law.com
Attorney for Centurion of
Missouri, LLC

Jennifer Donnelli
Baty Otto Scheer
4435 Main Street #1100
Kansas City MO 64111
Attorney for Def. Bradshaw
totto@batyotto.com
jdonnelli@batyotto.com
sburton@batyotto.com

Kevin Smith
MO Attorney General's Office
615 East 13th Street #401
Kansa City MO 64106
816-889-5016
Kevin.Smith@ago.mo.gov

Ryan Bertels
Schreimann Rackers and Francka
rb@srfblaw.com

Dennis Harms
Sandberg Phoenix & von Gontard
701 Market #600
St. Louis MO 63101
314-446-4252
dharmes@sandbergphoenix.com

Respectfully submitted,

GIBBS POOL AND TURNER, P.C.

_____
Scott R. Pool            #42484
Joseph P. Bjork          #75208
3225 A Emerald Lane
Jefferson City, Missouri 65109
(573) 636-2614; (573) 636-6541 f
pool@gptlaw.net
jbjork@gptlaw.net
*Attorneys for Defendants Davison,*
*Williams, Glatczak, Wells and Nkwocha*