IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| *DORIS ANN SCOTT and ORIEL MOORE,* | ) |
| Plaintiffs, | ) |
| v. | ) Cause No. 2:24-cv-04107-MDH |
| *TREVOR FOLEY, KELLY MORRISS, CENTURION OF MISSOURI, LLC, JUSTIN DAVISON, JUSTIN M. LEGGINS, JACOB A. CASE, AARON C. BROWN, GREGORY H. VARNER, BRYANNE M. BRADSHAW, RYAN WILLIAMS, WILLIAM WELLS, CRAIG GLATCZAK, ZACHARY KOPP, ONYEWUCHI NKWOCHA, SEAN REYNOLDS, and JENNIFER LONG,* | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Edna Besic and Sandberg Phoenix & von Gontard, P.C. and hereby enters their appearance for defendant Jennifer Long.

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Edna Besic*
Dennis S. Harms, #58937
Edna Besic, #76991
701 Market Street, Suite 600
St. Louis, MO 63101-1826
314-231-3332
314-241-7604 (Fax)
dharms@sandbergphoenix.com
ebesic@sandbergphoenix.com

*Attorneys for Defendant Jennifer Long*

## Certificate of Service

I hereby certify that on this the 31st day of January 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Andrew M. Stroth
Action Injury Law Group
astroth@actioninjurylawgroup.com

Steven Hart
James Ormond
Hart McLaughlin & Eldridge, LLC
shart@hmelegal.com
jormond@hmelegal.com

Larry Disparti
Disparti Law, LLC
ldisparti@dispartilaw.com

Ben Stelter-Embry
Embry Law, LLC
ben@embry-law.com
*Attorneys for Plaintiffs*
*Doris Ann Scott and Oriel Moore*

J. Thaddeus Eckenrode
Eckenrode-Maupin
jte@eckenrode-law.com
*Attorneys for Defendant Centurion of Missouri, LLC*

Kevin M. Smith
MO Attorney General's Office – KC
Deputy Chief Counsel – Litigation
Kevin.Smith@ago.mo.gov
*Attorney for Defendants Trevor Foley and Kelly Morriss*

Scott R. Pool
Gibbs Pool and Turner, P.C.
pool@gptlaw.net
*Attorney for Defendants Justin Davison, Ryan Williams, William Wells, Craig Glatczak, and Onywuchi Nkwocha*

Ryan Bertels
Schreimann, Rackers & Francka, L.L.C.
rb@srfblaw.com
*Attorney for Defendants Justin Leggins, Jacob Case,
Aaron Brown, and Gregory Varner*

Theresa A. Otto
Jennifer Donnelli
Stephanie Burton
Baty Otto Scheer P.C.
totto@batyotto.com
jdonnelli@batyotto.com
sburton@batyotto.com
*Attorneys for Defendant Bryanne M. Bradshaw*

             */s/ Edna Besic*