IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| DORIS ANN SCOTT and ORIEL MOORE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-CV-04107-MDH |
| | ) | |
| CENTURION OF MISSOURI, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DESIGNATION OF MEDIATOR CERTIFICATE

The parties jointly designate Sly James of Wickham James to conduct the MAP mediation in this case. The mediation will be held on March 24, 2025, beginning at 9:00 A.M.

Respectfully submitted,

/s/ *Benjamin Stelter-Embry*
Benjamin Stelter-Embry #65404
4700 Belleview, Suite 300
Kansas City MO 64112
P. 913-231-9396
Email: ben@embry-law.com

/s/ *Andrew Stroth*
Andrew Stroth
One South Dearborn Street #1400
Chicago, IL 60603
P. 844-878-4529
Email: astroth@actioninjurylawgroup.com

/s/ *Steven Hart*
Steven Hart
James Ormond
One South Dearborn Street #1400
Chicago, IL 60603
P. 312-955-0545
Email: shart@hmelegal.com
jormond@hmelegal.com

**Attorneys for Plaintiffs**

/s/ *Jennifer Donnelli*
Jennifer Donnelli
Stephanie Burton
Baty Otto Scheer
4435 Main Street #1100
Kansas City MO 64111
Email:  jdonelli@batyotto.com
         sburton@batyotto.com

**Attorney for Defendant Bradshaw**

/s/ *Ryan Bertels*
Ryan Bertels
Schreimann, Rackers & Francka, L.L.C.
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
P. 573.634.7580
Email: rb@srfblaw.com

**Attorney for Defendants Leggins, Case, Brown and Varner**

/s/ *Scott Pool*
Scott R. Pool
Gibbs Pool and Turner, P.C.
3225 A Emerald Lane
Jefferson City MO 65109
P. 573.636.2614
Email: pool@gptlaw.net

**Attorney for Defendants Davison, Wells, Williams, Glatczak, and Nkwocha**

/s/ *Tad Eckenrode*
J. Thaddeus Eckenrode
11477 Olde Cabin Road #110
St. Louis, MO 63141
P. 314-726-6670
jte@eckenrode-law.com

**Attorney for Centurion of Missouri, LLC**

/s/ *Dennis Harms*
Dennis Harms
Sandberg Phoenix & von Gontard
701 Market #600
St. Louis MO 63101
P. 314-446-4252

Email: dharms@sandbergphoenix.com

***Attorney for Jennifer Long***

/s/ *Kevin Smith*
Kevin Smith
MO Attorney General's Office
615 East 13th Street #401
Kansas City MO 64106
P. 816-889-5016
Email: Kevin.Smith@ago.mo.gov

***Attorney for Foley and Morris***

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of February, 2025, the foregoing was filed using the Court's CM/ECF system, which sent notification and a copy of such filing to all parties of record.

/s/ *Ben Stetler-Embry*