IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DORIS ANN SCOTT and ORIEL MOORE, | ) |
| Plaintiffs | ) |
| v. | ) Case No. 2:24-cv-04107-MDH |
| TREVOR FOLEY, ET AL. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that Defendant Centurion of Missouri, LLC's Initial Rule 26 Disclosures was sent this 4th day of February 2025, via electronic mail in PDF format, to the following: **Benjamin Stelter-Embry,** EMBRY LAW, LLC**,** tgianaris@simmonsfirm.com, *Attorney for Plaintiff*; **Andrew Stroth,** ACTION INJURY LAW GROUP, astroth@actioninjurylawgroup.com; **Steven Hart**, shart@hmelegal.com, and **James Ormond**, jormond@hmelegal.com, HART MCLAUGHLIN & ELDRIDGE, LLC; **Larry Disparti**, DISPARTI LAW, LLC, ldisparti@dispartilaw.com; **Dennis Harms**, SANDBERG PHOENIX & von GONTARD P.C., dharms@sandbergphoenix.com; **Theresa A. Otto**, BATY OTTO SCHEER P.C.totto@batyotto.com; **Jennifer Donnelli**, jdonnelli@batyotto.com; **Stephanie M. Burton**, sburton@batyotto.com; **Scott R. Pool**, GIBBS POOL AND TURNER, P.C., pool@gptlaw.net; **Ryan Bertels**, SCHREIMANN, RACKERS & FRANKCKA, LLC, rb@srfblaw.com; and **Kevin M. Smith**, ANDREW BAILEY ATTORNEY GENERAL, Kevin.smith@ago.mo.gov.

Respectfully Submitted,

/s/ *J. Thaddeus Eckenrode*_____
J. Thaddeus Eckenrode, MO Bar #31080
Eckenrode-Bauman, Attorneys at Law
11477 Olde Cabin Road, Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
rab@eckenrode-law.com
*Attorney for Defendants Brian Broadhead, DPM, and BK Podiatry Centers, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was provided to the undersigned via electronic mail, in PDF format, on this 4th day of February 2025, to the following:

Benjamin Stelter-Embry
EMBRY LAW, LLC
4700 Belleview, Suite 300
Kansas City Missouri 64112
ben@embry-law.com
*Attorney for Plaintiffs*

Andrew M. Stroth
ACTION INJURY LAW GROUP
22 W. Washington St, #1600
Chicago, IL 60602
844-878-4529
astroth@actioninjurylawgroup.com
*Attorney for Plaintiffs*

Steven Hart
James Ormond
HART MCLAUGHLIN & ELDRIDGE, LLC
22 W. Washington Street #1600
Chicago, IL 60602
312-955-0545
shart@hmelegal.com
jormond@hmelegal.com
*Attorneys for Plaintiffs*

Larry Disparti
DISPARTI LAW, LLC
121 W. Wacker Dr. Suite 2300
Chicago, IL 60601
312-506-5511
ldisparti@dispartilaw.com
*Attorneys for Plaintiffs*

Dennis S. Harms
SANDBERG PHOENIX & von GONTARD P.C.
701 Market Street Suite 600
St. Louis, MO 63101-1826
314-231-3332
dharms@sandbergphoenix.com
*Attorney for Defendant Jennifer Long*

Theresa A. Otto
Jennifer Donnelli
Stephanie M. Burton
BATY OTTO SCHEER P.C.
4435 Main Street, Suite 1100
Kansas City, MO 64111
816-531-7200
totto@batyotto.com
jdonnelli@batyotto.com
sburton@batyotto.com
*Attorneys for Defendant Bryanne M. Bradshaw*

Scott R. Pool
GIBBS POOL AND TURNER, P.C.
3225 A. Emerald Lane
Jefferson City, MO 65109
573-636-2614
pool@gptlaw.net
*Attorneys for Defendants Davison, Williams, Wells, Glatczak and Nkwocha*

Ryan Bertels
SCHREIMANN, RACKERS & FRANKCKA, LLC
931 Wildwood Dr, Suite 201
Jefferson City, MO 65109
573-634-7580
rb@srfblaw.com
*Attorneys for Defendants Leggins, Case, Brown and Varner*

Kevin M. Smith
Andrew Bailey Attorney General
Deputy Chief Counsel – Litigation
615 E. 13th Street, Suite 401
Kansas City, MO 64106
816-889-5106
Kevin.smith@ago.mo.gov
*Attorneys for Defendants Foley and Morriss*

            */s/ Haley Henke*