IN THE UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DORIS ANN SCOTT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: 2:24-cv-04107-MDH |
| ) | |
| TREVOR FOLEY, et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that Defendants' Leggins, Case, Brown and Varner's Initial Disclosures were sent via electronic mail on February 5, 2025, to:

Benjamin Stelter-Embry
ben@embry-law.com

Andrew Stroth
astroth@actioninjurylawgroup.com

Steven Hart
shart@hmelegal.com

James Ormond
jormond@hmelegal.com

Larry Disparti
ldisparti@dispartilaw.com

Dennis Harms
dharms@sandbergphoenix.com

Thaddeus Eckenrode
jte@eckenrode-law.com

Jennifer Donnelli
jdonnelli@batyotto.com

Stephanie M. Burton
sburton@batyotto.com

Scott R. Pool
pool@gptlaw.net

Kevin M. Smith
Kevin.smith@ago.mo.gov

    Respectfully Submitted,

    SCHREIMANN, RACKERS & FRANCKA, L.L.C.

    /s/ Ryan Bertels
    Ryan Bertels, #55167
    931 Wildwood Drive, Suite 201
    Jefferson City, MO 65109
    573/634-7580
    573/635-6034 (facsimile)
    rb@srfblaw.com

    Attorneys for Defendants Leggins, Case, Brown, and Varner

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all attorneys of record via the Court's electronic filing system on February 5, 2025.

    /s/ Ryan Bertels