# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **DORIS ANN SCOTT and ORIEL MOORE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 2:24-CV-04107-MDH |
| ) | |
| **CENTURION OF MISSOURI, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## AMENDED DESIGNATION OF NEUTRAL

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME: <u>Sly James</u>

　　　　 _X_ Not on List
　　　　 (*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: __X__ Mediation _____ ADR-O

SESSION DATE AND TIME: March 24, 2025, 9:00 a.m.

SESSION LOCATION: ZOOM

MODE OF SESSION: In person: _____ Virtual: __X__ Hybrid _____

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ *Benjamin Stelter-Embry*
　　　　　　　　　　　　　　　Benjamin Stelter-Embry #65404
　　　　　　　　　　　　　　　4700 Belleview, Suite 300
　　　　　　　　　　　　　　　Kansas City MO 64112
　　　　　　　　　　　　　　　P. 913-231-9396
　　　　　　　　　　　　　　　Email: ben@embry-law.com

　　　　　　　　　　　　　　　/s/ *Andrew Stroth*

Andrew Stroth
One South Dearborn Street #1400
Chicago, IL 60603
P. 844-878-4529
Email: astroth@actioninjurylawgroup.com

/s/ *Steven Hart*
Steven Hart
James Ormond
One South Dearborn Street #1400
Chicago, IL 60603
P. 312-955-0545
Email:  shart@hmelegal.com
    jormond@hmelegal.com

***Attorneys for Plaintiffs***

/s/ *Jennifer Donnelli*
Jennifer Donnelli
Stephanie Burton
Baty Otto Scheer
4435 Main Street #1100
Kansas City MO 64111
Email:  jdonelli@batyotto.com
    sburton@batyotto.com

***Attorney for Defendant Bradshaw***

/s/ *Ryan Bertels*
Ryan Bertels
Schreimann, Rackers & Francka, L.L.C.
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
P. 573.634.7580
Email: rb@srfblaw.com

***Attorney for Defendants Leggins, Case, Brown and Varner***

/s/ *Scott Pool*
Scott R. Pool
Gibbs Pool and Turner, P.C.
3225 A Emerald Lane
Jefferson City MO 65109
P. 573.636.2614
Email: pool@gptlaw.net

*Attorney for Defendants Davison, Wells, Williams, Glatczak, and Nkwocha*

/s/ *Tad Eckenrode*
J. Thaddeus Eckenrode
11477 Olde Cabin Road #110
St. Louis, MO 63141
P. 314-726-6670
jte@eckenrode-law.com

*Attorney for Centurion of Missouri, LLC*

/s/ *Dennis Harms*
Dennis Harms
Sandberg Phoenix & von Gontard
701 Market #600
St. Louis MO 63101
P. 314-446-4252
Email: dharms@sandbergphoenix.com

*Attorney for Jennifer Long*

/s/ *Kevin Smith*
Kevin Smith
MO Attorney General's Office
615 East 13th Street #401
Kansas City MO 64106
P. 816-889-5016
Email: Kevin.Smith@ago.mo.gov

*Attorney for Foley and Morris*

### CERTIFICATE OF SERVICE

I certify that on the 6th day of February, 2025, the foregoing was filed using the Court's CM/ECF system, which sent notification and a copy of such filing to all parties of record.

/s/ *Ben Stelter-Embry*