IN THE UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| DORIS ANN SCOTT, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.: 2:24-cv-04107-MDH |
| | ) | |
| TREVOR FOLEY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS LEGGINS AND CASE'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME

Defendants Justin Leggins and Jacob Case, by and through their undersigned counsel, hereby submit their unopposed Motion for Extension of Time to file their Reply Suggestions in Support of their Joint Motion to Stay Proceedings (Doc. 55), up to an including February 17, 2025. In support, Defendants Leggins and Case state as follows:

1. Defendants Leggins and Case's Rely Suggestions in Support of their Joint Motion to Stay Proceedings is currently due on or before February 10, 2025.

2. The undersigned, and his entire family, has recently been sick with the flu. This has caused the undersigned to miss work on multiple days and caused his young children to need to stay home from school on multiple days.

3. As a result, and due to pressing concerns in other matters, the undersigned requires additional time to complete the Reply Suggestions in Support of the Joint Motion to Stay Proceedings.

4. The undersigned therefore requests an extension of time up to an including February 17, 2025, in which to file these Reply Suggestions.

5. This is the first request for extension of time the undersigned has requested.

6. This request is not made to hinder or delay this matter, and the undersigned is not aware of any prejudice to any other party.

7. Counsel for Plaintiffs has indicated that he does not object to this request.

WHEREFORE, Defendants Leggins and Case request this Court issue an Order giving them an extension of time up to and including February 17, 2025, in which to file their Reply Suggestions in Support of their Joint Motion to Stay Proceedings, and for any other relief deemed just and proper under the circumstances.

Respectfully Submitted,

SCHREIMANN, RACKERS &
FRANCKA, L.L.C.

/s/ Ryan Bertels
Ryan Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573/634-7580
573/635-6034 (facsimile)
rb@srfblaw.com

Attorneys for Defendants Leggins, Case, Brown, and Varner

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all attorneys of record via the Court's electronic filing system on February 6, 2025.

/s/ Ryan Bertels