IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DORIS ANN SCOTT and ORIEL MOORE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:24-CV-04107-MDH |
| ) | |
| CENTURION OF MISSOURI, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on February 13, 2025, Plaintiff Doris Ann Scott served the following discovery via Word and PDF format to all counsel of record:

1. Plaintiff's First Requests for Production of Documents to Defendant Aaron Brown
2. Plaintiff's First Set of Interrogatories to Defendant Aaron Brown
3. Plaintiff's First Requests for Production of Documents to Defendant Bryanne Bradshaw
4. Plaintiff's First Set of Interrogatories to Defendant Bryanne Bradshaw
5. Plaintiff's First Requests for Production of Documents to Defendant Centurion of Missouri, LLC
6. Plaintiff's First Set of Interrogatories to Defendant Centurion of Missouri, LLC
7. Plaintiff's First Requests for Production of Documents to Defendant Craig Glatczak
8. Plaintiff's First Set of Interrogatories to Defendant Craig Glatczak
9. Plaintiff's First Requests for Production of Documents to Defendant Gregory Varner
10. Plaintiff's First Set of Interrogatories to Defendant Gregory Varner
11. Plaintiff's First Requests for Production of Documents to Defendant Jacob Case
12. Plaintiff's First Set of Interrogatories to Defendant Jacob Case

13. Plaintiff's First Requests for Production of Documents to Defendant Jennifer Long

14. Plaintiff's First Set of Interrogatories to Defendant Jennifer Long

15. Plaintiff's First Requests for Production of Documents to Defendant Justin Davison

16. Plaintiff's First Set of Interrogatories to Defendant Justin Davison

17. Plaintiff's First Requests for Production of Documents to Defendant Justin Leggins

18. Plaintiff's First Set of Interrogatories to Defendant Justin Leggins

19. Plaintiff's First Requests for Production of Documents to Defendant Kelly Morriss

20. Plaintiff's First Set of Interrogatories to Defendant Kelly Morriss

21. Plaintiff's First Requests for Production of Documents to Defendant Onyewuchi Nkwocha

22. Plaintiff's First Set of Interrogatories to Defendant Onyewuchi Nkwocha

23. Plaintiff's First Requests for Production of Documents to Defendant Ryan Williams

24. Plaintiff's First Set of Interrogatories to Defendant Ryan Williams

25. Plaintiff's First Requests for Production of Documents to Defendant Trevor Foley

26. Plaintiff's First Set of Interrogatories to Defendant Trevor Foley

27. Plaintiff's First Requests for Production of Documents to Defendant William Wells

28. Plaintiff's First Set of Interrogatories to Defendant William Wells

29. Plaintiff's First Requests for Production of Documents to Defendant Zachary Kopp

30. Plaintiff's First Set of Interrogatories to Defendant Zachary Kopp

Respectfully submitted,

/s/ *Benjamin Stelter-Embry*
Benjamin Stelter-Embry #65404
4700 Belleview, Suite 300
Kansas City MO 64112
P. 913-231-9396
Email: ben@embry-law.com

/s/ *Andrew Stroth*
Andrew Stroth
One South Dearborn Street #1400
Chicago, IL 60603
P. 844-878-4529
Email: astroth@actioninjurylawgroup.com

/s/ *Steven Hart*
Steven Hart
James Ormond
One South Dearborn Street #1400
Chicago, IL 60603
P. 312-955-0545
Email: shart@hmelegal.com
       jormond@hmelegal.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that on the 13th day of February, 2025, the foregoing was filed using the Court's CM/ECF system, which sent notification and a copy of such filing to all parties of record.

/s/ *Ben Stetler-Embry*