**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| DORIS ANN SCOTT, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.: 2:24-cv-04107-MDH |
| | ) | |
| TREVOR FOLEY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that Defendant Brown's Responses to Plaintiff's First Interrogatories, Defendant Brown's Responses to Plaintiff's First Requests for Production of Documents, Defendant Varner's Responses to Plaintiff's First Interrogatories, and Defendant Varner's Responses to Plaintiff's Interrogatories were sent via electronic mail on March 14, 2025, to:

Benjamin Stelter-Embry
ben@embry-law.com

Andrew Stroth
astroth@actioninjurylawgroup.com

Steven Hart
shart@hmelegal.com

James Ormond
jormond@hmelegal.com

Larry Disparti
ldisparti@dispartilaw.com

Dennis Harms
dharms@sandbergphoenix.com

Thaddeus Eckenrode
jte@eckenrode-law.com

Jennifer Donnelli
jdonnelli@batyotto.com

Stephanie M. Burton
sburton@batyotto.com

Scott R. Pool
pool@gptlaw.net

Kevin M. Smith
Kevin.smith@ago.mo.gov

Respectfully Submitted,

SCHREIMANN, RACKERS &
FRANCKA, L.L.C.

/s/ Ryan Bertels
Ryan Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573/634-7580
573/635-6034 (facsimile)
rb@srfblaw.com

Attorneys for Defendants Leggins, Case,
Brown, and Varner

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all attorneys of record via the Court's electronic filing system on March 14, 2025.

/s/ Ryan Bertels