IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI

DORIS ANN SCOTT and ORIEL MOORE, )
)
Plaintiffs, )
)
v. ) Case No. 2:24-CV-04107-MDH
)
ANNE PRECYTHE, et al., )
)
Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, I served a true copy of:

1. Defendant Davison's Answers and Objections to Plaintiffs' First Interrogatories;

2. Defendant Davison's Responses and Objections to Plaintiffs' First Request for Production;

3. Defendant Williams' Answers and Objections to Plaintiffs' First Interrogatories;

4. Defendant Williams' Responses and Objections to Plaintiffs' First Request for Production;

5. Defendant Glatczak's Answers and Objections to Plaintiffs' First Interrogatories;

6. Defendant Glatczak's Responses and Objections to Plaintiffs' First Request for Production;

7. Defendant Wells' Answers and Objections to Plaintiffs' First

Interrogatories;

8. Defendant Wells' Responses and Objections to Plaintiffs' First Request for Production;

9. Defendant Nkwocha's Answers and Objections to Plaintiffs' First Interrogatories;

10. Defendant Nkwocha's Responses and Objections to Plaintiffs' First Request for Production;

11. Defendant Kopp's Answers and Objections to Plaintiffs' First Interrogatories;

12. Defendant Kopp's Responses and Objections to Plaintiffs' First Request for Production;

by emailing a true copy thereof to the following counsel of record:

Benjamin Stelter-Embry
1600 Genessee, Suite 956
Kansas City MO 64102
ben@embry-law.com
Lead Attorney for Plaintiffs

Andrew Stroth
191 North Wacker Dr., Suite 2300
Chicago, IL 60606
astroth@actioninjurylawgroup.com
Attorney for Plaintiffs

Larry Disparti
Disparti Law
ldisparti@dispartilaw.com
Attorney for Plaintiffs

James Ormond and Steven Hart
One South Dearborn Street, Suite 1400
Chicago, IL 60603
jormond@hmelegal.com
shart@hmelegal.com

J. Thaddeus Eckenrode
11477 Olde Cabin Road #110
St. Louis, MO 63141
jte@eckenrode-law.com
*Attorney for Centurion of Missouri, LLC*

Jennifer Donnelli
4435 Main Street #1100
Kansas City MO 64111
Attorney for Def. Bradshaw
totto@batyotto.com
jdonnelli@batyotto.com
sburton@batyotto.com

Kevin Smith
MO Attorney General's Office
615 East 13th Street #401
Kansa City MO 64106
Kevin.Smith@ago.mo.gov

Ryan Bertels
Schreimann Rackers and Francka
rb@srfblaw.com

Dennis Harms
Sandberg Phoenix & von Gontard
701 Market #600
St. Louis MO 63101
dharmes@sandbergphoenix.com

Respectfully submitted,

GIBBS POOL AND TURNER, P.C.

_____
Scott R. Pool #42484
3225 A Emerald Lane
Jefferson City, Missouri 65109
(573) 636-2614; (573) 636-6541 f
pool@gptlaw.net
jbjork@gptlaw.net
*Attorneys for Defendants Davison, Kopp Williams, Glatczak, Wells and Nkwocha*