IN THE UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DORIS ANN SCOTT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: 2:24-cv-04107-MDH |
| ) | |
| TREVOR FOLEY, et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that Defendants Varner and Browns' First Interrogatories to Plaintiff Scott, Defendants Varner and Browns' First Interrogatories to Plaintiff Oriel Moore and Defendants Varner and Browns' First Request for Production to Plaintiffs were sent via electronic mail on March 19, 2025, to:

Benjamin Stelter-Embry
ben@embry-law.com

Andrew Stroth
astroth@actioninjurylawgroup.com

Steven Hart
shart@hmelegal.com

James Ormond
jormond@hmelegal.com

Larry Disparti
ldisparti@dispartilaw.com

Dennis Harms
dharms@sandbergphoenix.com

Thaddeus Eckenrode
jte@eckenrode-law.com

Jennifer Donnelli
jdonnelli@batyotto.com

Stephanie M. Burton
sburton@batyotto.com

Scott R. Pool
pool@gptlaw.net

Kevin M. Smith
Kevin.smith@ago.mo.gov

        Respectfully Submitted,

        SCHREIMANN, RACKERS & FRANCKA, L.L.C.

        /s/ Ryan Bertels
        Ryan Bertels, #55167
        931 Wildwood Drive, Suite 201
        Jefferson City, MO 65109
        573/634-7580
        573/635-6034 (facsimile)
        rb@srfblaw.com

        Attorneys for Defendants Leggins, Case, Brown, and Varner

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all attorneys of record via the Court's electronic filing system on March 19, 2025.

        /s/ Ryan Bertels