IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DORIS ANN SCOTT and ORIEL MOORE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:24-CV-04107-MDH ) |
| ANNE PRECYTHE, et al., | ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Joseph P. Bjork of Gibbs Pool and Turner, P.C. and enters his appearance as co-counsel on behalf of Defendants Justin Davison, Ryan Williams, William Wells, Craig Glatczak, Zachary Kopp and Onywuchi Nkwocha in the above referenced case. Scott Pool will remain lead counsel for these Defendants.

Respectfully submitted,

GIBBS POOL AND TURNER, P.C.

_____
Scott R. Pool          #42484
Joseph P. Bjork       #75208
3225 A Emerald Lane
Jefferson City, Missouri 65109
(573) 636-2614; (573) 636-6541 f
pool@gptlaw.net
*Attorney for Defs. Davison, Williams, Wells, Glatczak, Kopp and Nkwocha*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via electronic filing on April 2, 2025, to:

Benjamin Stelter-Embry
1600 Genessee, Suite 956
Kansas City MO 64102
ben@embry-law.com
Lead Attorney for Plaintiffs

Andrew Stroth
191 North Wacker Dr., Suite 2300
Chicago, IL 60606
844-878-4529
astroth@actioninjurylawgroup.com
Attorney for Plaintiffs

James Ormond and Steven Hart
One South Dearborn Street #1400
Chicago, IL 60603
312-955-0545
jormond@hmelegal.com

Jennifer Donnelli
Baty Otto Scheer
4435 Main Street #1100
Kansas City MO 64111
Attorney for Def. Bradshaw

Ryan Bertels
Schreimann, Rackers & Francka, L.L.C.
931 Wildwood Drive
Suite 201
Jefferson City, MO 65109

J. Thaddeus Eckenrode
11477 Olde Cabin Road #110
St. Louis, MO 63141
314-726-6670
jte@eckenrode-law.com
Attorney for Centurion of
Missouri, LLC

Dennis Harms
Sandberg Phoenix & von Gontard
701 Market #600
St. Louis MO 63101
314-446-4252
dharmes@sandbergphoenix.com

Kevin Smith
MO Attorney General's Office
615 East 13th Street #401
Kansa City MO 64106
816-889-5016
Kevin.Smith@ago.mo.gov

_____
Joseph P. Bjork

Cc: Justin Davison
Ryan Williams
William Wells
Craig Glatczak
Onywuchi Nkwocha
Zachary Kopp
Anna Connelly