IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DORIS ANN SCOTT and ORIEL MOORE,<br><br>  Plaintiffs,<br><br>v.<br><br>ANNE PRECYTHE, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:24-CV-04107-MDH<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I served a true copy of:

1. Defendants Davison, Williams, Glatczak, Wells, Kopp and Nkwocha's First Interrogatories to Plaintiff Doris Scott;

2. Defendants Davison, Williams, Glatczak, Wells, Kopp and Nkwocha's First Request for Production to Plaintiff Doris Scott;

3. Defendants Davison, Williams, Glatczak, Wells, Kopp and Nkwocha's First Interrogatories to Plaintiff Oriel Moore; and

4. Defendants Davison, Williams, Glatczak, Wells, Kopp and Nkwocha's First Request for Production to Plaintiff Oriel Moore;

by emailing a true copy thereof to the following counsel of record:

Benjamin Stelter-Embry
1600 Genessee, Suite 956
Kansas City MO 64102
ben@embry-law.com
Lead Attorney for Plaintiffs

Andrew Stroth
191 North Wacker Dr., Suite 2300
Chicago, IL 60606
astroth@actioninjurylawgroup.com
Attorney for Plaintiffs

Larry Disparti
Disparti Law
ldisparti@dispartilaw.com
Attorney for Plaintiffs

James Ormond and Steven Hart
One South Dearborn Street, Suite 1400
Chicago, IL 60603
jormond@hmelegal.com
shart@hmelegal.com

J. Thaddeus Eckenrode
11477 Olde Cabin Road #110
St. Louis, MO 63141
jte@eckenrode-law.com
*Attorney for Centurion of Missouri, LLC*

Jennifer Donnelli
4435 Main Street #1100
Kansas City MO 64111
Attorney for Def. Bradshaw
totto@batyotto.com
jdonnelli@batyotto.com
sburton@batyotto.com

Kevin Smith
MO Attorney General's Office
615 East 13th Street #401
Kansa City MO 64106
Kevin.Smith@ago.mo.gov

Ryan Bertels
Schreimann Rackers and Francka
rb@srfblaw.com

Dennis Harms
Sandberg Phoenix & von Gontard
701 Market #600
St. Louis MO 63101
dharmes@sandbergphoenix.com

Respectfully submitted,

GIBBS POOL AND TURNER, P.C.

*[signature: Scott Pool]*

---

Scott R. Pool           #42484
3225 A Emerald Lane
Jefferson City, Missouri 65109
(573) 636-2614; (573) 636-6541 f
pool@gptlaw.net
jbjork@gptlaw.net
*Attorneys for Defendants Davison, Kopp Williams, Glatczak, Wells and Nkwocha*