IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| DORIS ANN SCOTT and ORIEL MOORE, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Case No. 2:24-cv-04107-MDH |
| JENNIFER LONG, et al. | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of April 2025, Plaintiffs' Answers and Objections to Defendant Jennifer Long's First Set of Interrogatories and Plaintiffs' Responses and Objections to Defendant Jennifer Long's First Requests for Production of Documents to Plaintiffs Doris Ann Scott and Oriel Moore were e-mailed to the counsel of record for the party to whom these discovery responses are being directed:

Dennis Harms
Edna Besic
dharms@sandbergphoenix.com
ebesic@sandbergphoenix.com
*Attorneys for Defendant Jennifer Long*

The undersigned further certifies copies were e-mailed to the following counsel of record:

J. Thaddeus Eckenrode
Eckenrode-Maupin
jte@eckenrode-law.com
*Attorneys for Defendant Centurion of Missouri, LLC*

Kevin M. Smith
MO Attorney General's Office – KC
Deputy Chief Counsel – Litigation
Kevin.Smith@ago.mo.gov
*Attorney for Defendants Trevor Foley and Kelly Morriss*

Scott R. Pool
Gibbs Pool and Turner, P.C.
pool@gptlaw.net
*Attorney for Defendants Justin Davison, Ryan Williams,*

*William Wells, Craig Glatczak, and Onyewuchi Nkwocha*

Ryan Bertels
Schreimann, Rackers & Francka, L.L.C.
rb@srfblaw.com
*Attorney for Defendants Justin Leggins, Jacob Case,
Aaron Brown, and Gregory Varner*

Theresa A. Otto
Jennifer Donnelli
Stephanie Burton
Baty Otto Scheer P.C.
totto@batyotto.com
jdonnelli@batyotto.com
sburton@batyotto.com
*Attorneys for Defendant Bryanne M. Bradshaw*

By:    /s/ Ben Stelter-Embry
      Ben Stelter-Embry, #65404
      EMBRY LAW, LLC
      4700 Belleview, Ste. 300
      Kansas City, MO 64112
      816-799-0330
      816-799-0336 (Fax)
      ben@embry-law.com

      Andrew M. Stroth
      ACTION INJURY LAW GROUP
      22 W. Washington Street, #1600
      Chicago, IL 60602
      P. (844) 878-4529
      astroth@actioninjurylawgroup.com

      Steven Hart
      James Ormond
      HART MCLAUGHLIN & ELDRIDGE, LLC
      22 W. Washington Street, #1600
      Chicago, IL 60602
      P. (312) 955-0545
      shart@hmelegal.com
      jormond@hmelegal.com

      Larry Disparti

Disparti Law, LLC
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
P: (312) 506-5511
ldisparti@dispartilaw.com

*Attorneys for Plaintiffs*
*Doris Ann Scott and Oriel Moore*

## Certificate of Service

I hereby certify that on this 23rd day of April 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Ben Stelter-Embry*
*Attorney for Plaintiffs*