# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

DORIS ANN SCOTT and ORIEL MOORE,

       Plaintiffs,

v.

TREVOR FOLEY, in his official and
individual capacity as DIRECTOR of the
MISSOURI DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.

Case No. 2:24-cv-04107-MDH

## CERTAIN DEFENDANTS' MOTION FOR RECONSIDERATION
## PURSUANT TO FED. R. CIV. P. 54(b)

      Defendants Justin Leggins, Jacob Case, and Bryanne Bradshaw (the "Moving

Defendants"), pursuant to Fed. R. Civ. P. 54(b),[1] respectively seek reconsideration of Dkts. 104

& 106, the orders denying their respective motions to stay this civil lawsuit (Dkts. 88-89, 55-

56) to allow, at a minimum, time for the resolution of motions to suppress in the various Circuit

Court of Cole County criminal proceedings against the Moving Defendants.   The Moving

Defendants direct the Court to the Suggestions in Support of this Motion.

---

[1]     The stay denials are interlocutory and non-dispositive and therefore are most likely governed by
Fed. R. Civ. P. 54(b).  "Where [] claims against another party in the litigation remain unresolved, a
Motion to Reconsider must be addressed under the rubric of Rule 54(b) []." *Grozdanich v. Leisure Hills
Health Center, Inc.*, 48 F. Supp.2d 885, 887-88 (D. Minn. 1999).  In the alternative, the Moving
Defendants seek relief under Fed. R. Civ. P. 60(b). *Washam v. BNSF Railway Co.,* No. 3:19-cv-00231
KGB, 2022 WL 989037 (E.D. Ark. Mar. 31, 2022) at *2; *Pettibone,* 2019 WL 6170791 at *2.

Respectfully submitted,


**SCHREIMANN, RACKERS &
FRANCKA, L.L.C.**

/s/ Ryan Bertels
Ryan Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573/634-7580
573/635-6034 (facsimile)
rb@srfblaw.com
**ATTORNEYS FOR DEFENDANTS
LEGGINS, CASE, BROWN, AND
VARNER**


**AND**


**BATY OTTO SCHEER P.C.**

*/s/ Jennifer Donnelli*

| Theresa A. Otto | MO #43453 |
|---|---|
| Jennifer Donnelli | MO #47755 |
| Stephanie M. Burton | MO #63458 |

4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone:   (816) 531-7200
Facsimile:   (816) 531-7201
totto@batyotto.com
jdonnelli@batyotto.com
sburton@batyotto.com
**ATTORNEYS FOR DEFENDANT
BRYANNE M. BRADSHAW**

## CERTIFICATE OF SERVICE

This certifies the foregoing was filed with the Court via the Court's e-filing system on May 1, 2025, with copies the same day via electronic mail to:

Andrew M. Stroth (admitted Pro Hac Vice)
ACTION INJURY LAW GROUP
22 W. Washington Street, #1600
Chicago, IL 60602
Telephone: (844) 878-4529
astroth@actioninjurylawgroup.com

Steven Hart (admitted Pro Hac Vice)
James Ormond (admitted Pro Hac Vice)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 W. Washington Street, #1600
Chicago, IL 60602
Telephone:  (312) 955-0545
shart@hmelegal.com
jormond@hmelegal.com

Larry Disparti (admitted Pro Hac Vice)
DISPARTI LAW, LLC
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
Telephone: (312) 506-5511
ldisparti@dispartilaw.com

Ben Stelter-Embry MO #65404
EMBRY LAW, LLC
4700 Belleview, Suite 300
Kansas City, MO 64112
Telephone: (913) 231-9396
ben@embry-law.com

**Attorneys for Plaintiffs**

Dennis S. Harms, #58937
SANDBERG PHOENIX & von GONTARD P.C.
701 Market Street, Suite 600
St. Louis, MO 63101-1826
Telephone: (314) 231-3332
Facsimile: (314) 241-7604
dharms@sandbergphoenix.com
**Attorneys for Defendant Jennifer Long**

J. Thaddeus Eckenrode, #31080
ECKENRODE-BAUMAN
11477 Olde Cabin Rd., Suite 110
St. Louis, MO 63141
Telephone: (314) 726-6670
Facsimile: (314) 726-2106
jte@eckenrode-law.com
**Attorneys for Defendant**
**Centurion of Missouri, LLC**

Scott R. Pool, #42484
GIBBS POOL AND TURNER, P.C.
3225 A Emerald Lane
Jefferson City, MO 65109
Telephone: (573) 636-2614
Facsimile: (573) 636-6541
pool@gptlaw.net
**Attorneys for Defendants Davison, Williams,**
**Wells, Glatczak and Nkwocha**

Ryan Bertels, #55167
SCHREIMANN, RACKERS & FRANCKA, L.L.C.
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
Telephone: (573) 634-7580
Facsimile: (573) 635-6034
rb@srfblaw.com
**Attorneys for Defendants Leggins, Case,**
**Brown and Varner**

Kevin M. Smith, #51599
ANDREW BAILEY Attorney General
Deputy Chief Counsel – Litigation
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Telephone: (816) 889-5106
Kevin.smith@ago.mo.gov
**Attorneys for Defendants Foley and Morriss**

*/s/ Jennifer Donnelli*
**Attorney for Defendant**