IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

DORIS ANN SCOTT and ORIEL MOORE,

Plaintiffs,

v.

TREVOR FOLEY, in his official and individual capacity as DIRECTOR of the MISSOURI DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

Case No. 2:24-cv-04107-MDH

**EXHIBIT D**

## AFFIDAVIT OF JUSTIN LEGGINS

Justin Leggins, having been duly sworn on oath, states the following.

1. I am over the age of 18 years, am of sound mind, and am personally acquainted with the information provided in this statement. I would testify to the following if required to do so in a Court of law.

2. I am a named Defendant in the case and provide this statement to be used in the lawsuit.

3. I am a Defendant in State of Missouri v. Justin Leggins 24AC-CR00844-01 where I am charged with Murder 2nd (felony murder) among other charges for the death of Othel Moore.

4. I previously was employed with the Missouri Department of Corrections ("DOC") for approximately two and a half years. At the time of the events this lawsuit concerns, I was a Corrections Officer working at the Potosi Correctional Center ("PCC"). I was also a member of the Cell Extraction Response Team ("CERT") team that can be deployed to other prisons with DOC as part of that assignment.

5. On December 8, 2023, the date of Othel Moore's death, my CERT team was deployed to assist with cell searches in Housing Unit 7 of Jefferson City Correctional Center. This was the Unit where Mr. Moore resided on the day of the events at issue.

6. That same day, I met with Det. Cpl. Greg Henson of the Cole County Sheriff's Department. I was told by my supervisor with DOC that I was required to meet Det. Henson because a death had occurred at a correctional facility.

7. During this meeting with Det. Henson, I was not read my Miranda rights.

8. I made a statement under the belief I was required to, under threat of termination.

9. On or about December 8, 2023, I was interviewed by Investigator Rucker with the DOC's Office of Professional Standards ("OPS"), a unit within the DOC.

10. Investigator Rucker directed me to provide a written statement for the OPS and I fully complied.

11. I made a statement under the belief I was required to, under threat of termination.

12. On January 26, 2024, I was directed to attend an interview at Cole County Sheriff's office.

13. I was provided with and signed a Miranda Waiver of Rights Form ("Waiver").

14. I had no belief when I gave either interview to Cole County that there was a possibility I would be charged criminally in connection with Mr. Moore's death.

15. My statements to both the Cole County Sheriff's Office and the OPS were not freely and voluntarily made. They were compelled by a belief that I had to follow my employer's directive or lose my livelihood. I believed the DOC would treat a refusal by me to sign the Waiver as insubordination that would result in my termination. I believed I was not allowed by the DOC to have a private attorney with me during either session.

FURTHER AFFIANT SAYETH NOT.

*Justin Leggins*
Justin Leggins

STATE OF MISSOURI    )
                     ) ss
COUNTY OF ~~COLE~~ St. Francois )

On this 1st day of ~~April~~ May, 2025, before me personally appeared Justin Leggins, to me known to be the person described herein through verification personally conducted by me, who executed the foregoing instrument and acknowledged that he executed said instrument as his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal in _____ the day and year last above written.

_Cynthia C Halter_
Notary Public

My commission expires: 4-4-28

CYNTHIA C HALTER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES APRIL 4, 2028
STE. GENEVIEVE COUNTY
COMMISSION #12434899