IN THE UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DORIS ANN SCOTT, et al. ) | |
| Plaintiffs, ) | |
| vs. ) | Case No.: 2:24-cv-04107-MDH |
| TREVOR FOLEY, et al. ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS ATTORNEYS
## FOR DEFENDANTS CASE AND LEGGINS

COMES NOW the law firm of Schreimann, Rackers & Francka, L.L.C., by and through Ryan Bertels, and hereby moves to withdraw as counsel of record for Defendants Justin Leggins and Jacob Case. Another attorney, Bryce Tobin, is simultaneously entering his appearance as counsel of record for Defendants Leggins and Case in this matter.

The undersigned will continue to represent Defendants Aaron Brown and Gregory Varner.

Respectfully Submitted,

SCHREIMANN, RACKERS &
FRANCKA, L.L.C.

/s/ Ryan Bertels
Ryan Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573/634-7580
573/635-6034 (facsimile)
rb@srfblaw.com

                              Attorneys for Defendants Leggins, Case,
                              Brown, and Varner

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all attorneys of record via the Court's electronic filing system on May 2, 2025.

                              /s/ Ryan Bertels