IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DORIS ANN SCOTT, *et al.* | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 2:24-CV-04107-MDH |
| TREVOR FOLEY, *et.al*, | ) |
| *Defendants.* | ) |

## ENTRY OF APPEARANCE

Assistant Attorney General, Bryce Tobin, hereby enters his appearance as counsel on behalf of Defendants Jacob Case and Justin Leggins in the above-captioned case.

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Bryce Tobin*
Bryce Tobin, Bar # 75858
Assistant Attorney General
615 E. 13th Street, Suite 401
Kansas City, MO 64106
(816) 889-3090
Bryce.Tobin@ago.mo.gov

*Attorney for Defendants*
*Case and Leggins*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May 2025, the foregoing was filed electronically via the Court's electronic filing system and was served by operation of the CM-ECF system on all counsel of record.

*/s/ Bryce Tobin*
Assistant Attorney General