IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DORIS ANN SCOTT and ORIEL MOORE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-04107-MDH |
| ) | |
| JENNIFER LONG, et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of May 2025, Plaintiff Doris Ann Scott's Answers and Objections to Defendants Gregory Varner and Aaron Brown's First Set of Interrogatories, Plaintiff Oriel Moore's Answers and Objections to Defendants Gregory Varner and Aaron Brown's First Set of Interrogatories, and Plaintiffs' Responses and Objections to Defendants Gregory Varner and Aaron Brown's First Requests for Production of Documents to Plaintiffs Doris Ann Scott and Oriel Moore were e-mailed to the counsel of record for the party to whom these discovery responses are being directed:

Ryan Bertels
Schreimann, Rackers & Francka, L.L.C.
rb@srfblaw.com
*Attorney for Defendants Aaron Brown and Gregory Varner*

The undersigned further certifies copies were e-mailed to the following counsel of record:

Dennis Harms
Edna Besic
dharms@sandbergphoenix.com
ebesic@sandbergphoenix.com
*Attorneys for Defendant Jennifer Long*

J. Thaddeus Eckenrode
Eckenrode-Maupin
jte@eckenrode-law.com
*Attorneys for Defendant Centurion of Missouri, LLC*

Kevin M. Smith
MO Attorney General's Office – KC
Deputy Chief Counsel – Litigation

Kevin.Smith@ago.mo.gov
*Attorney for Defendants Trevor Foley and Kelly Morriss*

Bryce Tobin
MO Attorney General's Office – KC
Assistant Attorney General
Bryce.Tobin@ago.mo.gov
*Attorney for Defendants Jacob Case and Justin Leggins*

Scott R. Pool
Gibbs Pool and Turner, P.C.
pool@gptlaw.net
*Attorney for Defendants Justin Davison, Ryan Williams, William Wells, Craig Glatczak, and Onyewuchi Nkwocha*

Theresa A. Otto
Jennifer Donnelli
Stephanie Burton
Baty Otto Scheer P.C.
totto@batyotto.com
jdonnelli@batyotto.com
sburton@batyotto.com
*Attorneys for Defendant Bryanne M. Bradshaw*

By:    */s/ Ben Stelter-Embry*
Ben Stelter-Embry, #65404
EMBRY LAW, LLC
4700 Belleview, Ste. 300
Kansas City, MO 64112
816-799-0330
816-799-0336 (Fax)
ben@embry-law.com

Andrew M. Stroth
ACTION INJURY LAW GROUP
22 W. Washington Street, #1600
Chicago, IL 60602
P. (844) 878-4529
astroth@actioninjurylawgroup.com

Steven Hart
James Ormond
HART MCLAUGHLIN & ELDRIDGE, LLC

2

22 W. Washington Street, #1600
Chicago, IL 60602
P. (312) 955-0545
shart@hmelegal.com
jormond@hmelegal.com

Larry Disparti
DISPARTI LAW, LLC
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
P: (312) 506-5511
ldisparti@dispartilaw.com

*Attorneys for Plaintiffs*
*Doris Ann Scott and Oriel Moore*

**Certificate of Service**

    I hereby certify that on this 23rd day of April 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Ben Stelter-Embry
*Attorney for Plaintiffs*

3

Case 2:24-cv-04107-MDH    Document 121    Filed 05/02/25    Page 3 of 3