**EXHIBIT A**

**Click here to Respond to Selected Documents**
Sort Date Entries: Descending Ascending

Display Options: All Entries ⌄

**05/01/2025**
 **Entry of Appearance Filed**
 States Entry of Appearance; Electronic Filing Certificate of Service. snb
  **Filed By:** EDWARD LEE GUINN
 **Entry of Appearance Filed**
 States Entry and Motion to Withdraw; Electronic Filing Certificate of Service. snb
  **Filed By:** EDWARD LEE GUINN

**04/30/2025**
 **Answers to Disclosure Filed**
 States Supplemental Answer to Defendants Request for Discovery; Electronic Filing Certificate of Service. pb
  **Filed By:** WILLIAM LOCKE THOMPSON

**04/29/2025**
 **Hearing Scheduled**

  **Scheduled For:** 05/12/2025; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit
 **Hearing Continued/Rescheduled**
 Motion to dismiss continued to 5/12/2025 at 1:30 p.m.. Court to initiate tele-conference with defense counsel. DRG/ado
  **Associated Entries:** 04/23/2025 - Hearing Scheduled
  **Hearing Continued From:** 04/29/2025; 10:00 AM Hearing

**04/23/2025**
 **Hearing Scheduled**

  **Associated Entries:** 04/29/2025 - Hearing Continued/Rescheduled +
  **Scheduled For:** 04/29/2025; 10:00 AM; DANIEL RICHARD GREEN; Cole Circuit
 **Judge/Clerk - Note**
 Cause is set for motion hearing 4/29/2025 at 10:00 a.m.. DRG/ado

**04/14/2025**
 **Plea/Trial Setting Scheduled**

  **Scheduled For:** 06/16/2025; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit
 **Hearing Continued/Rescheduled**
 State by APA Guinn; Defendant by Counsel; cause passed to 6/16/25 at 9:00 a.m.. DRG/ado
  **Associated Entries:** 01/09/2025 - Hearing Continued/Rescheduled +
  **Associated Entries:** 01/09/2025 - Plea/Trial Setting Scheduled
  **Hearing Continued From:** 04/14/2025; 9:00 AM Plea/Trial Setting

**04/13/2025**
 **Memo of Law in Suppt of Filed**
 Memo of Law; Electronic Filing Certificate of Service. pb*
  **Filed By:** C. CHRISTOPHER LOZANO
  **On Behalf Of:** JUSTIN M LEGGINS

**04/11/2025**
 **Judge/Clerk - Note**
 Cole County Division 2's Personal Room for 4/14/2025 CRIMINAL LAW DAY https://mocourts.webex.com/meet/cole.division2 | 24877492360 Join by phone +1-408-418-9388 United States Toll Access code: 2487 749 2360

**03/07/2025**
 **Motion Filed**
 MTD; Notice of Motion Setting; Electronic Filing Certificate of Service. kmr*
  **Filed By:** C. CHRISTOPHER LOZANO
  **On Behalf Of:** JUSTIN M LEGGINS

**01/09/2025**
 **Plea/Trial Setting Scheduled**

  **Associated Entries:** 04/14/2025 - Hearing Continued/Rescheduled +
  **Scheduled For:** 04/14/2025; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit
 **Hearing Continued/Rescheduled**
 Cause continued to 4/14/25 at 9:00 am. DRG/jeb
  **Associated Entries:** 12/19/2024 - Hearing Continued/Rescheduled +
  **Associated Entries:** 12/19/2024 - Plea/Trial Setting Scheduled
  **Associated Entries:** 04/14/2025 - Hearing Continued/Rescheduled +
  **Hearing Continued From:** 01/21/2025; 9:00 AM Plea/Trial Setting

**12/19/2024**

**Hearing Continued/Rescheduled**
Due to Courts Unavailability; Cause Continued to 1/21/2025 at 9:00 am. DG/snb
- **Associated Entries: 12/02/2024 - Hearing Continued/Rescheduled** +
- **Associated Entries: 12/02/2024 - Plea/Trial Setting Scheduled**
- **Associated Entries: 01/09/2025 - Hearing Continued/Rescheduled** +
- **Hearing Continued From:** 01/13/2025; 10:30 AM Plea/Trial Setting

**Plea/Trial Setting Scheduled**

- **Associated Entries: 01/09/2025 - Hearing Continued/Rescheduled** +
- **Scheduled For:** 01/21/2025; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

**12/02/2024**
**Plea/Trial Setting Scheduled**

- **Associated Entries: 12/19/2024 - Hearing Continued/Rescheduled** +
- **Scheduled For:** 01/13/2025; 10:30 AM; DANIEL RICHARD GREEN; Cole Circuit

**Hearing Continued/Rescheduled**
Due to Courts Change of Dates; Cause set 1/13/2025 at 10:30 am. DG/snb
- **Associated Entries: 10/18/2024 - Plea/Trial Setting Scheduled**
- **Associated Entries: 12/19/2024 - Hearing Continued/Rescheduled** +
- **Hearing Continued From:** 01/15/2025; 10:30 AM Plea/Trial Setting

**10/18/2024**
**Plea/Trial Setting Scheduled**

- **Associated Entries: 10/16/2024 - Hearing Held** +
- **Associated Entries: 12/02/2024 - Hearing Continued/Rescheduled** +
- **Scheduled For:** 01/15/2025; 10:30 AM; DANIEL RICHARD GREEN; Cole Circuit

**10/16/2024**
**Plea of Not Guilty Entered**

**Filed By:** JUSTIN M LEGGINS

**Waiver of Formal Arraignment**

**Filed By:** JUSTIN M LEGGINS

**Hearing Held**
State appears by Assistant Prosecuting Attorney Guinn; Defendant appears in person and by Attorney Lozano; Formal arraignment waived; Plea of not guilty; Discovery is to close thirty days prior to voir dire. State to disclose experts sixty days prior to voir dire. Hearings which need to be conducted prior to trial, including but not limited to Motions to Endorse Witness, "Daubert" hearings, Motions to Suppress, contested Motions in Limine and 491 hearings should be scheduled well in advance of the pre-trial date and at a special setting. Continuances occasioned by failures to comply with the above will not be granted, except for good cause shown. Cause set 1/15/2025 at 10:30 am. DRG/snb
- **Associated Entries: 09/12/2024 - Arraignment Scheduled**
- **Associated Entries: 10/18/2024 - Plea/Trial Setting Scheduled**
- **Scheduled For:** 10/16/2024; 10:30 AM; DANIEL RICHARD GREEN; Cole Circuit

**10/15/2024**
**Answers to Disclosure Filed**
States Supplemental Answer To Defendants Request For Discovery; Electronic Filing Certificate of Service.
**Filed By:** WILLIAM LOCKE THOMPSON

**09/14/2024**
**Motion for Discovery**
Motion for Discovery; Electronic Filing Certificate of Service.
**Filed By:** C. CHRISTOPHER LOZANO
**On Behalf Of:** JUSTIN M LEGGINS

**09/12/2024**
**Motion for Discovery**
States Request For Discovery; Electronic Filing Certificate of Service.
**Filed By:** WILLIAM LOCKE THOMPSON

**Motion for Discovery**
States Request For Discovery; Electronic Filing Certificate of Service.
**Filed By:** WILLIAM LOCKE THOMPSON

**Arraignment Scheduled**

- **Associated Entries: 10/16/2024 - Hearing Held** +
- **Scheduled For:** 10/16/2024; 10:30 AM; DANIEL RICHARD GREEN; Cole Circuit

**Confid Filing Info Sheet Filed**

**Filed By:** WILLIAM LOCKE THOMPSON

**Public Grand Jury Indict filed**

    **Filed By:** WILLIAM LOCKE THOMPSON

**07/09/2024**
    **Bond-Surety Bond Posted**
    7/8/2024 - Surety Bond in the amount of $50,000.00 posted by Weber Bail Bonds with return date to be determined. mag
    **On Behalf Of:** JUSTIN M LEGGINS

**06/27/2024**
    **Probable Cause Statement Filed**

    **Filed By:** WILLIAM LOCKE THOMPSON