**Click here to Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**EXHIBIT B**

**Display Options:** All Entries ˅

**05/01/2025**

### Entry of Appearance Filed
States Entry of Appearance; Electronic Filing Certificate of Service. snb
**Filed By:** EDWARD LEE GUINN

### Entry of Appearance Filed
States Entry and Motion to Withdraw; Electronic Filing Certificate of Service. snb
**Filed By:** EDWARD LEE GUINN

**04/30/2025**

### Answer Filed
States Supplemental Answer to Defendants Request for Discovery; Electronic Filing Certificate of Service. kmr
**Filed By:** WILLIAM LOCKE THOMPSON

**04/14/2025**

### Plea/Trial Setting Scheduled

**Scheduled For:** 06/16/2025; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

### Hearing Continued/Rescheduled
State by APA Guinn. Defendant appears by Attorney Weaver who appears via WEBEX. Cause set 6/16/2025 at 9:00am. DRG/ado
**Associated Entries:** 01/09/2025 - Hearing Continued/Rescheduled   +
**Associated Entries:** 01/09/2025 - Plea/Trial Setting Scheduled
**Hearing Continued From:** 04/14/2025; 9:00 AM Plea/Trial Setting

**04/11/2025**

### Subpoena Issued
One subpoena issued. pb

### Subpoena Requested
Subpoena DOC; Electronic Filing Certificate of Service. pb
**Filed By:** DONALD ROBERT WEAVER
**On Behalf Of:** JACOB A CASE

### Judge/Clerk - Note
Cole County Division 2's Personal Room for 4/14/2025 CRIMINAL LAW DAY https://mocourts.webex.com/meet/cole.division2 | 24877492360 Join by phone +1-408-418-9388 United States Toll Access code: 2487 749 2360

**04/09/2025**

### Request Filed
Request for Blank Subpoena; Electronic Filing Certificate of Service. pb
**Filed By:** DONALD ROBERT WEAVER
**On Behalf Of:** JACOB A CASE

**01/09/2025**

### Plea/Trial Setting Scheduled

**Associated Entries:** 04/14/2025 - Hearing Continued/Rescheduled   +
**Scheduled For:** 04/14/2025; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

### Hearing Continued/Rescheduled
Cause continued to 4/14/25 at 9:00 am. DRG/jeb
**Associated Entries:** 12/18/2024 - Hearing Continued/Rescheduled   +
**Associated Entries:** 12/18/2024 - Plea/Trial Setting Scheduled
**Associated Entries:** 04/14/2025 - Hearing Continued/Rescheduled   +
**Hearing Continued From:** 01/21/2025; 9:00 AM Plea/Trial Setting

**12/18/2024**

### Plea/Trial Setting Scheduled

**Associated Entries:** 01/09/2025 - Hearing Continued/Rescheduled   +
**Scheduled For:** 01/21/2025; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

### Hearing Continued/Rescheduled
Due to Courts Unavailability; Cause Continued to 1/21/2025 at 9:00 am. DG/snb
**Associated Entries:** 12/02/2024 - Hearing Continued/Rescheduled   +
**Associated Entries:** 12/02/2024 - Plea/Trial Setting Scheduled
**Associated Entries:** 01/09/2025 - Hearing Continued/Rescheduled   +
**Hearing Continued From:** 01/13/2025; 10:30 AM Plea/Trial Setting

**12/02/2024**

> **Plea/Trial Setting Scheduled**
>
>> **Associated Entries:** 12/18/2024 - Hearing Continued/Rescheduled    +
>> **Scheduled For:** 01/13/2025; 10:30 AM; DANIEL RICHARD GREEN; Cole Circuit
>
> **Hearing Continued/Rescheduled**
> Due to Courts Change of Dates; Cause set 1/13/2025 at 10:30 am. DG/snb
>> **Associated Entries:** 10/18/2024 - Plea/Trial Setting Scheduled
>> **Associated Entries:** 12/18/2024 - Hearing Continued/Rescheduled    +
>> **Hearing Continued From:** 01/15/2025; 10:30 AM Plea/Trial Setting

**10/18/2024**
> **Plea/Trial Setting Scheduled**
>
>> **Associated Entries:** 10/16/2024 - Hearing Held    +
>> **Associated Entries:** 12/02/2024 - Hearing Continued/Rescheduled    +
>> **Scheduled For:** 01/15/2025; 10:30 AM; DANIEL RICHARD GREEN; Cole Circuit

**10/16/2024**
> **Answers to Disclosure Filed**
> States Supplemental Answers to Defense for Discovery; Electronic Filing Certificate of Service.
>> **Filed By:** WILLIAM LOCKE THOMPSON
>
> **Plea of Not Guilty Entered**
>
>> **Filed By:** JACOB A CASE
>
> **Waiver of Formal Arraignment**
>
>> **Filed By:** JACOB A CASE
>
> **Hearing Held**
> State appears by Assistant Prosecuting Attorney Guinn; Attorney Weaver Appears; Formal arraignment waived; Plea of not guilty; Discovery is to close thirty days prior to voir dire. State to disclose experts sixty days prior to voir dire. Hearings which need to be conducted prior to trial, including but not limited to Motions to Endorse Witness, "Daubert" hearings, Motions to Suppress, contested Motions in Limine and 491 hearings should be scheduled well in advance of the pre-trial date and at a special setting. Continuances occasioned by failures to comply with the above will not be granted, except for good cause shown. Cause set 1/15/2025 at 10:30 am. DRG/snb
>> **Associated Entries:** 09/12/2024 - Arraignment Scheduled
>> **Associated Entries:** 10/18/2024 - Plea/Trial Setting Scheduled
>> **Scheduled For:** 10/16/2024; 10:30 AM; DANIEL RICHARD GREEN; Cole Circuit

**10/15/2024**
> **Answers to Disclosure Filed**
> States Supplemental Answer To Defendants Request For Discovery; Electronic Filing Certificate of Service.
>> **Filed By:** WILLIAM LOCKE THOMPSON

**10/07/2024**
> **Waiver of Formal Arraignment**
> Waiver of Appearance, Waiver of Arraignment, and Plea of Not Guilty; Electronic Filing Certificate of Service.
>> **Filed By:** DONALD ROBERT WEAVER
>> **On Behalf Of:** JACOB A CASE

**09/27/2024**
> **Motion Filed**
> Defendants Motion to Modify Conditions of Pretrial Release to Allow Travel to FL; Proposed Order Amending Conditions of Pretrial Release to Allow Travel to FL; Electronic Filing Certificate of Service.kl*
>> **Filed By:** DONALD ROBERT WEAVER
>> **On Behalf Of:** JACOB A CASE

**09/12/2024**
> **Motion for Discovery**
> States Request For Discovery; Electronic Filing Certificate of Service.
>> **Filed By:** WILLIAM LOCKE THOMPSON
>
> **Arraignment Scheduled**
>
>> **Associated Entries:** 10/16/2024 - Hearing Held    +
>> **Scheduled For:** 10/16/2024; 10:30 AM; DANIEL RICHARD GREEN; Cole Circuit
>
> **Confid Filing Info Sheet Filed**
>
>> **Filed By:** WILLIAM LOCKE THOMPSON
>
> **Public Grand Jury Indict filed**
>
>> **Filed By:** WILLIAM LOCKE THOMPSON

**07/09/2024**
> **Bond-Surety Bond Posted**
> 7/8/2024 Surety Bond in the amount of $75,000.00 posted by Vernon Bail Bonds with return date to be determined.m2go
>> **On Behalf Of:** JACOB A CASE

**06/27/2024**

**Probable Cause Statement Filed**

    **Filed By:** WILLIAM LOCKE THOMPSON