## NARRATIVE

Nature of Case: Death Investigation
Report Number: 23-21584 S#9
Deputy: Todd Marsey

Source of Activity:

On 12-15-2023 at 09:15 Detectives Henson, Roberts and myself went to the JCCC facility to conduct staff and inmate interviews regarding the death investigation of Othel Moore. The interviews had been arranged on 12-12-2023 through Captain Hess.

Observations/Narrative:

Upon our arrival at the facility we were greeted at the security screening area by the facility warden, Doris Falconrath. Warden Falconrath ascertained that we were the same detectives that came to the facility on 12-12-2023 and retrieved the restraint wrap chair, video and policies regarding the incident.

Warden Falconrath stated she could not let us in the facility to continue the investigation until she had "cleared it through legal". I then asked if it would be permissible to interview the inmate witnesses to which she again replied that the requests would have to be cleared through their legal department.

Warden Falconrath then requested contact information from me and stated she would have a decision and would contact me by the end of the day. I provided her my business card and we exited the facility.

Arrest/OCN#:

N/A

Evidence:

N/A

Additional Information:

The investigation is ongoing.

Report Submitted By:
Detective Sergeant Todd Marsey SO#10

EXHIBIT A

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| SO4 Marsey | 04/11/2024 | |