From: Fry, Tina
To: Rucker, Amanda
Subject: FW: Important Message
Date: Tuesday, January 9, 2024 8:41:48 AM

*Tina Fry*

Administrative Assistant | Warden's Office
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, Missouri 65101
Phone: 573-751-3224 ext. 2002
Fax: 573-751-1277
e-mail: Tina.Fry@doc.mo.gov

CONFIDENTIALITY NOTICE: This e-mail communication may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution, or copying of it or its contents is prohibited by federal or state law. If you have received this communication in error, please reply via email, and destroy all copies of this communication and any attachments.

**From:** Falkenrath, Doris <Doris.Falkenrath@doc.mo.gov>
**Sent:** Tuesday, December 12, 2023 5:50 AM
**To:** DOC.JCCC All Staff <DOC.JCCCAllStaff@doc.mo.gov>
**Subject:** Important Message

Good morning JCCC Family,

I would like to take a few minutes to discuss the incident that occurred last Friday morning. During a CERT activation, an offender was placed in a device that is used to gain compliance and control behavior. Unfortunately, the offender passed away while he was being observed in the WRAP in our dry cell in housing unit 8.

I want our staff to be informed with factual information in place of rumors and wild stories that are commonly spread in correctional settings. Because our environment is unpredictable and incredulous, sometimes people will draw their own conclusions and fill in the blanks with imaginative details. Please do not do this, and most importantly, do not feed the rumor mill the offenders are trying to create. I have watched the video of the events that led up to the passing of the offender and I did not observe anyone act outside of policy.

Offenders who were in the ER when our medical staff was performing life-saving measures, contacted family members and began to spread rumors that we were negligent. If you are not

EXHIBIT C

familiar with processes and procedures of medical, CERT, the WRAP, uses of force or any other system utilized in corrections, you will draw inaccurate conclusions based on a lack of knowledge and understanding. We live in a world where people are ready to jump on the train of REVENGE before getting all of the facts.
FACTS:

1. We utilized the WRAP and it was done appropriately
2. 3 CERT teams were on site and no one acted unprofessionally
3. The autopsy results are not complete, but so far, no signs of trauma

If offenders are talking about retaliation, you must shut this down immediately. Report this behavior and have them placed on TASC. This incident is currently under investigation and if anyone violated policy, it will be discovered. This is a tough business and it matters how we handle serious incidents in the moment. Do not let the newspapers, social media platforms and people running their mouths shape your thoughts and opinions. Learn to take a closer look at situations and ask important questions to get to the heart of the matter.

Thank you for your cooperation and patience.

Sincerely,

**Doris E. Falkenrath, Warden**

Jefferson City Correctional Center

8200 No More Victims Road

Jefferson City, MO. 65101

Phone: (573) 751-3224 Ext. 2002

Fax: (573) 751-1277