IN THE UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DORIS ANN SCOTT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: 2:24-cv-04107-MDH |
| ) | |
| TREVOR FOLEY, et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

Defendants, by and through the undersigned counsel, hereby certify that on June 4, 2025, *Defendant Jacob Case's Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents*, *Defendant Justin Leggins' Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents* and Documents Bates labeled 001-099 were served via email to all counsel of record.

Respectfully Submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Bryce Tobin*
Bryce Tobin
Mo. Bar #75858
Assistant Attorney General
615 E. 13th Street, Suite 401
Kansas City, MO 64106
(573) 821-1451
Bryce.Tobin@ago.mo.gov
*Attorney for Defendants Jacob Case and Justin Leggins*