IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| DORIS ANN SCOTT and ORIEL MOORE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-04107-MDH |
| | ) | |
| JENNIFER LONG, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of June 2025, Plaintiff Doris Ann Scott's Answers and Objections to Defendants Davison, Williams, Glatczak, Wells, Kopp and Nkwocha's First Set of Interrogatories, Plaintiff Oriel Moore's Answers and Objections to Defendants Davison, Williams, Glatczak, Wells, Kopp and Nkwocha's First Set of Interrogatories, and Plaintiff Doris Ann Scott's Responses and Objections to Defendants Davison, Williams, Glatczak, Wells, Kopp and Nkwocha's First Requests for Production of Documents and Plaintiff Oriel Moore's Responses and Objections to Defendants Davison, Williams, Glatczak, Wells, Kopp and Nkwocha's First Requests for Production of Documents, were e-mailed to the counsel of record for the party to whom these discovery responses are being directed:

Scott R. Pool
Gibbs Pool and Turner, P.C.
pool@gptlaw.net
*Attorney for Defendants Justin Davison, Ryan Williams,*
*William Wells, Craig Glatczak, and Onyewuchi Nkwocha*

The undersigned further certifies copies were e-mailed to the following counsel of record:

Dennis Harms
Edna Besic
dharms@sandbergphoenix.com
ebesic@sandbergphoenix.com
*Attorneys for Defendant Jennifer Long*

J. Thaddeus Eckenrode
Eckenrode-Maupin
jte@eckenrode-law.com
*Attorneys for Defendant Centurion of Missouri, LLC*

Kevin M. Smith
MO Attorney General's Office – KC
Deputy Chief Counsel – Litigation
Kevin.Smith@ago.mo.gov
*Attorney for Defendants Trevor Foley and Kelly Morriss*

Bryce Tobin
MO Attorney General's Office – KC
Assistant Attorney General
Bryce.Tobin@ago.mo.gov
*Attorney for Defendants Jacob Case and Justin Leggins*

Ryan Bertels
Schreimann, Rackers & Francka, L.L.C.
rb@srfblaw.com
*Attorney for Defendants Aaron Brown and Gregory Varner*

Theresa A. Otto
Jennifer Donnelli
Stephanie Burton
Baty Otto Scheer P.C.
totto@batyotto.com
jdonnelli@batyotto.com
sburton@batyotto.com
*Attorneys for Defendant Bryanne M. Bradshaw*

By:     */s/ Ben Stelter-Embry*
        Ben Stelter-Embry, #65404
        EMBRY LAW, LLC
        4700 Belleview, Ste. 300
        Kansas City, MO 64112
        816-799-0330
        816-799-0336 (Fax)
        ben@embry-law.com

        Andrew M. Stroth
        ACTION INJURY LAW GROUP
        22 W. Washington Street, #1600
        Chicago, IL 60602
        P. (844) 878-4529
        astroth@actioninjurylawgroup.com

        Steven Hart

James Ormond
Hart McLaughlin & Eldridge, LLC
22 W. Washington Street, #1600
Chicago, IL 60602
P. (312) 955-0545
shart@hmelegal.com
jormond@hmelegal.com

Larry Disparti
Disparti Law, LLC
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
P: (312) 506-5511
ldisparti@dispartilaw.com

*Attorneys for Plaintiffs*
*Doris Ann Scott and Oriel Moore*

### Certificate of Service

I hereby certify that on this 11th day of June 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Ben Stelter-Embry*
*Attorney for Plaintiffs*