IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DORIS ANN SCOTT AND ORIEL MOORE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 2:24-cv-04107-MDH ) |
| TREVOR FOLEY, in his official and individual capacity as DIRECTOR of the MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiffs' Motion to Compel Defendant Trevor Foley's Rule 26 Mandatory Initial Disclosures and Responses to Plaintiffs' First Request for Production of Documents. (Doc. 140). Defendant Foley has failed to file suggestions in opposition and thus the motion is now ripe for adjudication on the merits.

On June 23, 2025, this Court held a telephone conference with the parties to settle a discovery dispute relating to Defendant Foley's production of his Rule 26(f) disclosures, production of documents relating to Plaintiffs' first set of discovery requests and interrogatory responses. The Court Ordered:

> Pursuant to the telephone conference on June 23, 2025, it is hereby ordered that Defendant Foley will produce his Rule 26(f) disclosures on or before July 7, 2025. Defendant Foley is also to produce documents relating to Plaintiffs first set of discovery requests on or before July 7, 2025. Lastly, Defendant Foley will provide his interrogatory responses to Plaintiff's first set of discovery requests on or before July 23, 2025.

1

(Doc. 136). Based upon Plaintiffs' motion and Defendant Foley's failure to respond, the Court finds that Defendant Foley has failed to provide Plaintiffs with the required requests as mandated by the Court in its Order on June 23, 2025.

Therefore, the Court will **GRANT** Plaintiffs' Motion to Compel. It is hereby ordered that Defendant Foley is to serve his Rule 26(a)(1) disclosures and responses to Plaintiffs' First Request for Production of Documents within 10 days of this Order. It is **FURTHER ORDERED** that Plaintiffs are to submit to the Court the costs associated with bringing this motion under Federal Rule of Civil Procedure 37(a)(5).

**IT IS SO ORDERED.**

Dated: August 11, 2025  /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**United States District Judge**