IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DORIS ANN SCOTT AND ORIEL MOORE, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )     Case No. 2:24-cv-04107-MDH <br> ) |
| TREVOR FOLEY, in his official and individual capacity as DIRECTOR of the MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## **ORDER**

Before the Court is Plaintiffs' Motion for Leave to File Third Amended Complaint (Doc. 141). Defendant Foley has failed to file suggestions in opposition and thus the motion is now ripe for adjudication. Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, the court should freely grant leave to amend a pleading when justice so requires. "[T]he court has broad discretion and will only deny leave to amend in order to avoid undue delay, where there has been bad faith on the part of the plaintiff, when amendment would be futile or when amendment would result in unfair prejudice to the defendants." *Murphy v. Engelhardt*, 2017 WL 11461047 at *1 (W.D. Mo. 2017) (citations omitted).

Plaintiffs' request comes more than 21 days since Defendants filed a pleading in response to Plaintiffs' complaint, necessitating leave of the Court for Plaintiffs to amend their pleadings. Plaintiffs seek to name the proper *Monell* defendants in this case pursuant to 42 U.S.C. § 1983.

Plaintiffs have repeatedly sought discovery from Defendants to ascertain the proper defendants. On June 23, 2025, this Court held a conference and ordered Defendant Foley to

1

produce the Rule 26(a) disclosures and respond to Plaintiffs' First Requests for Production of Documents on or before July 7, 2025, and to provide his interrogatory responses to Plaintiffs' first set of discovery requests on or before July 23, 2025. (Doc. 136). Despite that order, Defendant Foley failed to comply, and, aside from an untimely and limited document production on Friday, July 18, 2025, Defendant Foley's Rule 26(a) and written responses to Plaintiffs' First Requests for Production of Documents and First Set of Interrogatories remains outstanding. On July 14, 2025, Plaintiffs filed a Motion to Compel Defendant Foley's Rule 26 Mandatory Initial Disclosures and Responses to Plaintiffs' First Requests for Production of Documents. (Doc. 140). On August 11, 2025, this Court granted Plaintiffs' Motion to Compel and ordered that Defendant Foley is to serve his Rule 26(a)(1) disclosures and responses to Plaintiffs' First Request for Production of Documents within 10 days of the Order. (Doc 143). Under this Court's current Scheduling Order (Doc. 73), any motion to join additional parties or amend the pleadings must be filed on or before August 4, 2025. Plaintiffs filed this motion on August 4, 2025. Plaintiffs assert that counsel conferred with defense counsel for all defendants. No party objected to the requested amendment.

The Court finds no undue delay, bad faith, futility, or unfair prejudice to the Defendants if leave were granted. Further, the Court finds that justice so requires granting leave in this case. Therefore, Plaintiffs' Motion for Leave to File Third Amended Complaint is **GRANTED**. Plaintiff will have 10 days from this order to file with the Court an Amended Complaint.

**IT IS SO ORDERED.**
Date: August 21, 2025


      */s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**