DORIS ANN SCOTT and ORIEL MOORE, )
)
        Plaintiffs, )
)
v. ) Case No. 2:24-cv-04107-MDH
)
ANNE PRECYTHE, et al. )
)
        Defendants. )

## NOTICE OF VIDEOTAPED DEPOSITION OF BRYANNE BRADSHAW

To:    Scott R. Pool
Gibbs Pool and Turner, P.C.
pool@gptlaw.net
*Attorney for Defendants Justin Davison, Ryan Williams,
William Wells, Craig Glatczak, and Onyewuchi Nkwocha*

Dennis Harms
Edna Besic
dharms@sandbergphoenix.com
ebesic@sandbergphoenix.com
*Attorneys for Defendant Jennifer Long*

J. Thaddeus Eckenrode
Eckenrode-Maupin
jte@eckenrode-law.com
*Attorneys for Defendant Centurion of Missouri, LLC*

Kevin M. Smith
MO Attorney General's Office – KC
Deputy Chief Counsel – Litigation
Kevin.Smith@ago.mo.gov
*Attorney for Defendant Trevor Foley*

Bryce Tobin
MO Attorney General's Office – KC
Assistant Attorney General
Bryce.Tobin@ago.mo.gov
*Attorney for Defendants Jacob Case and Justin Leggins*

Ryan Bertels
Schreimann, Rackers & Francka, L.L.C.
rb@srfblaw.com
*Attorney for Defendants Aaron Brown and Gregory Varner*

Theresa A. Otto
Jennifer Donnelli
Stephanie Burton
Baty Otto Scheer P.C.
totto@batyotto.com
jdonnelli@batyotto.com
sburton@batyotto.com
*Attorneys for Defendant Bryanne M. Bradshaw*

  PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of Federal Rule of Civil Procedure, Plaintiffs in the above-captioned action will take the following videotaped depositions on **September 12, 2025,** and will continue thereafter until complete in accordance with the Federal Rules of Civil Procedure.

  The deposition will take place upon oral examination before a court reporter authorized by law to administer oaths, pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition will be recorded by a stenographer, audio, and video recording.

| | |
|---|---|
| **DATE and TIME**: | **September 12, 2025, at 1:00 P.M. CST** |
| **LOCATION**: | **Zoom (see attached meeting information)** |
| **WITNESS:** | **Bryanne Bradshaw** |
| **COURT REPORTER and VIDEOGRAPHER:** | Steno |

  By: */s/ Ben Stelter-Embry*
    Ben Stelter-Embry, #65404
    EMBRY LAW, LLC
    4700 Belleview, Ste. 300
    Kansas City, MO 64112
    816-799-0330
    816-799-0336 (Fax)
    ben@embry-law.com

    Andrew M. Stroth
    ACTION INJURY LAW GROUP
    22 W. Washington Street, #1600
    Chicago, IL 60602
    P. (844) 878-4529
    astroth@actioninjurylawgroup.com

    Steven Hart
    James Ormond
    HART MCLAUGHLIN & ELDRIDGE, LLC
    22 W. Washington Street, #1600

2

Chicago, IL 60602
P. (312) 955-0545
shart@hmelegal.com
jormond@hmelegal.com

Larry Disparti
DISPARTI LAW, LLC
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
P: (312) 506-5511
ldisparti@dispartilaw.com

*Attorneys for Plaintiffs*
*Doris Ann Scott and Oriel Moore*

## Certificate of Service

I hereby certify that on this 28th day of August 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Ben Stelter-Embry*
*Attorney for Plaintiffs*

Zoom

https://app.steno.com/connect/m/p6zxgqvl981dvx8achdkp8vynfp78lo8

REMOTE DETAILS

Meeting ID: 971 5428 3425
Password: 694371