IN THE UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DORIS ANN SCOTT, *et al.*, <br>     Plaintiffs, <br> v. <br> TREVOR FOLEY, *et al.*, <br>     Defendants. | Case No. 2:24-cv-04107-MDH |

## DEFENDANT FOLEY'S
## STATUS UPDATE REGARDING DISCOVERY

Defendant Trevor Foley submits this status update regarding discovery, in response to the Court's September 8, 2025, Order.[1] Defendant Foley's Rule 26(a)(1) disclosures were served August 21, 2025. Defendant Foley also has served written responses to Plaintiffs' First Interrogatories and Plaintiffs' First Requests for Production of Documents. Counsel attempted service of these on August 29, 2025, but inadvertently sent only interrogatory responses. This has since been addressed, and Plaintiffs' counsel has received service of all disclosures and written discovery responses for Defendant Foley.

---

[1] Counsel for Defendant was not able to file this status report by Thursday, September 16, 2025, due to the press of other matters, including several depositions with Plaintiffs' counsel in an unrelated litigation matter, the need to file an Answer to Plaintiffs' 51-page, 251-paragraph answer in this action, and court appearances and related travel in yet other matters.

Respectfully submitted,

**CATHERINE L. HANAWAY**
Attorney General

*/s/ Kevin M. Smith*
Kevin M. Smith, Bar #51599
Deputy Chief Counsel – Litigation
615 E. 13th Street, Suite 401
Kansas City, Missouri 64106
Phone: (816) 889-5016
Email: kevin.smith@ago.mo.gov

*Attorney for Defendants Foley, Precythe, and Falkenrath*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 16, 2025, the foregoing was filed electronically via the Court's electronic filing system and was served by operation of the CM-ECF system on all counsel of record.

*/s/ Kevin M. Smith*
Deputy Chief Counsel – Litigation